THE PEOPLE OF THE STATE OF NEW YORK ex rel. OCCIDENTAL LODGE, No. 766, FREE AND ACCEPTED MASONS et al., Respondents, *v.* WILLIAM J. BURKE et al., as Assessors of the City of Buffalo, Appellants.

*People ex rel. Occidental Lodge, No. 766, F. & A. M. v. Burke,* 190 App. Div. 930, reversed.

(Argued February 24, 1920; decided March 9, 1920.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 30, 1919, which affirmed an order of Special Term adjudging that, under subdivision 7 of section 4 of the Tax Law, the relator's real property was exempt from taxation and setting aside an assessment thereon for purposes of taxation for the year 1918.

*William S. Rann, Corporation Counsel (George J. Feldman* of counsel), for appellants.

*H. H. Bacon* for respondents.

Order reversed and writs dismissed, with costs in all courts, on authority of *People ex rel. Mizpah Lodge* v. *Burke* (228 N. Y. 245).

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, MCLAUGHLIN, ANDREWS and ELKUS, JJ.